**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathleen A. Dangler<br>    aka Kathleen Ann Dangler<br><br>                Debtor | CHAPTER 13<br><br>BKY. NO. 17-10973 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Kevin G. McDonald Esquire**
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322