**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathleen A. Dangler aka Kathleen Ann Dangler<br>　　　　　　　Debtor | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　Movant<br>　　vs.<br>Kathleen A. Dangler aka Kathleen Ann Dangler<br>　　　　　　　Debtor | NO. 17-10973 JKF |
| Scott Waterman<br>　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 11th day of March, 2020 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 103 Sunrise Drive, Pottstown, PA 19464 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Kathleen A. Dangler aka Kathleen Ann Dangler
103 Sunrise Drive
Pottstown, PA 19464

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532