United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10973-jkf
Kathleen A Dangler                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP           Page 1 of 1              Date Rcvd: Mar 11, 2020
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db           +Kathleen A Dangler,   103 Sunrise Drive,   Pottstown, PA 19464-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
      JOSEPH L QUINN    on behalf of Debtor Kathleen A Dangler CourtNotices@rqplaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
       nlabletta@pincuslaw.com,   brausch@pincuslaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathleen A. Dangler aka Kathleen Ann Dangler<br>　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>　　　vs.<br><br>Kathleen A. Dangler aka Kathleen Ann Dangler<br>　　　　　　　　Debtor<br><br>Scott Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-10973 JKF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 11th day of March, 2020 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 103 Sunrise Drive, Pottstown, PA 19464 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Kathleen A. Dangler aka Kathleen Ann Dangler
103 Sunrise Drive
Pottstown, PA 19464

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532