# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kathleen A. Dangler,                :    Chapter 13
                Debtor        :    No. :  17-10973-jkf
                                          :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Kathleen A. Dangler, effective immediately, to:

302 Meadowcrest Lane

Douglassville, PA 19518

ROSS, QUINN & PLOPPERT, P.C.

By:    /s/ Joseph Quinn
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com

Date: March 30, 2020