# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kathleen A. Dangler,          :     Chapter 13
           Debtor          :     No. : 17-10973-jkf
                     :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Kathleen A. Dangler, effective immediately, to:

    190 Warwick Road
    Elverson, PA 19520

    ROSS, QUINN & PLOPPERT, P.C.

By:   /s/ Joseph Quinn
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com

Date: July 6, 2020