| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-10973-AMC

KATHLEEN A DANGLER
190 WARWICK ROAD
ELVERSON  PA    19520

Petition Filed Date: 02/10/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 08/09/2017

Case Status: Completed on 8/10/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $255.00 | | 02/05/2019 | $255.00 | | 03/04/2019 | $255.00 | |
| 04/09/2019 | $255.00 | Monthly Plan P | 05/09/2019 | $255.00 | Monthly Plan P | 06/11/2019 | $255.00 | Monthly Plan P |
| 07/10/2019 | $255.00 | Monthly Plan P | 08/09/2019 | $255.00 | Monthly Plan P | 09/11/2019 | $255.00 | Monthly Plan P |
| 10/09/2019 | $255.00 | | 11/12/2019 | $255.00 | | 12/10/2019 | $255.00 | |
| 01/10/2020 | $255.00 | | 02/11/2020 | $255.00 | | 03/10/2020 | $255.00 | |
| 04/09/2020 | $255.00 | | 05/11/2020 | $255.00 | | 06/11/2020 | $255.00 | |
| 07/09/2020 | $300.00 | | 08/10/2020 | $255.00 | | | | |

**Total Receipts for the Period: $5,145.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,725.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | CAVALRY INVESTMENTS LLC »» 010 | Unsecured Creditors | $2,594.54 | $0.00 | $2,594.54 |
| 3 | CREDIT FIRST NA »» 003 | Unsecured Creditors | $1,090.27 | $0.00 | $1,090.27 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $890.80 | $0.00 | $890.80 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $969.09 | $0.00 | $969.09 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $1,099.85 | $0.00 | $1,099.85 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $3,436.56 | $19.52 | $3,417.04 |
| 9 | MOMA FUNDING LLC »» 009 | Unsecured Creditors | $1,954.81 | $0.00 | $1,954.81 |
| 2 | PNC BANK NA »» 002 | Mortgage Arrears | $24.17 | $24.17 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $725.84 | $0.00 | $725.84 |
| 4 | TRI COUNTY AREA FCU »» 004 | Unsecured Creditors | $1,275.24 | $0.00 | $1,275.24 |
| 11 | TRI COUNTY AREA FCU »» 11S | Secured Creditors | $7,644.89 | $7,644.89 | $0.00 |
| 11 | TRI COUNTY AREA FCU »» 11U | Unsecured Creditors | $1,275.88 | $0.00 | $1,275.88 |

**Chapter 13 Case No. 17-10973-AMC**

| 13 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 013 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,725.00 | Current Monthly Payment: | $255.00 |
| Paid to Claims: | $9,488.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $939.45 | Total Plan Base: | $10,680.00 |
| Funds on Hand: | $296.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.