**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Kathleen A. Dangler, | : | Chapter 13 |
| Debtor | : | No. :  17-10973-jkf |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

     Kindly update the Court's records to reflect a new address for debtor Kathleen A. Dangler, effective immediately, to:

          1101 Douglas Drive, Apt 1

          Boyertown, PA 19512

          ROSS, QUINN & PLOPPERT, P.C.

          By:    /s/ Joseph Quinn
                  Joseph Quinn, Esquire
                  Attorney I.D. No. 307467
                  192 S. Hanover Street, Suite 101
                  Pottstown, PA 19464
                  T: 610.323.5300
                  F: 610.323.6081
                  JQuinn@rqplaw.com

Date: September 1, 2020