IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


In Re:  Kathleen A. Dangler,                    :        Bankruptcy No. 17-10973-AMC

         Debtor(s)                    :        Chapter 13


## **PRAECIPE**


      Please withdraw Docket #51, Notice of Final Cure Mortgage Payment.  This is a duplicate entry.


                                   Respectfully submitted,


Date:  October 13, 2020                    /s/Scott F. Waterman
                                   Scott F. Waterman

                                   Standing Chapter 13 Trustee - Reading