United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10973-amc
Kathleen A Dangler  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 3
Date Rcvd: Oct 16, 2020     Form ID: 138NEW     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen A Dangler, 1101 Douglas Drive, Apt. 1, Boyertown, PA 19512-7693 |
| 13865015 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13918932 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13958430 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 13881028 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14430806 | + | PNC National Assoc., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13865016 | + | Pnc Mortgage, Po Box 8703, Dayton, OH 45401-8703 |
| 13932676 | + | Tri County Area, Federal Credit Union, DonnaMarie Rivenbank, 1550 Medical Drive, Pottstown, PA 19464-3225 |
| 13865022 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |
| 13953507 | + | Tri County Area Federal Credit Union, c/o DonnaMarie Rivenbark, 1550 Medical Drive, Pottstown, PA 19464-3225 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13865013 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:02:34 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13952889 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2020 01:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13865014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2020 01:08:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 13935596 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13953933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875497 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13949233 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0313-2 | User: PaulP | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 17 2020 01:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13865017 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:20 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 13865018 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:20 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13865019 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13865020 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Syncb/qvc, Po Box 965018, Orlando, FL 32896-5018 |
| 13865021 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13868823 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2020 02:02:33 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13865024 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2020 01:10:00 | Webbank/gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13865023 | *+ | Tri County Area FCU, 1550 Medical Drive, Pottstown, PA 19464-3225 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Kathleen A Dangler CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| NICOLE B. LABLETTA | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |

| District/off: 0313-2 | User: PaulP | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 28 |

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kathleen A Dangler
      Debtor(s)                                            Bankruptcy No: 17−10973−amc
                                                                           Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                    Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 10/16/20

                                                                                                   54 − 53
                                                                             Form 138_new